**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>  (1) **COREY NORRIS**,<br>      a/k/a "Case," "Jacorey Johnson,"<br><br>  (4) **RAYMOND JEFFREYS**<br>      a/k/a "Skame Dollarz," "Skame,"<br>      "Frenchy,"<br><br>  (5) **JACQUELYN R. LUNGELOW**<br>      a/k/a "Baby J,"<br><br>  (6) **KAIRIS SANCHEZ**<br>      a/k/a "Lola," and<br><br>  (7) **JOHN KANDA**<br>      a/k/a "J,"<br><br>**Defendants** | Crim. No. 13-CR-10077-DJC |

**NOTICE OF APPEARANCE FOR**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY DAVID BRADLEY**

Special Assistant United States Attorney David Bradley will be representing the United States as co-counsel for the government in this matter.

1

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney


*/s/Amy Harman Burkart*
By:  Amy Harman Burkart
     AMY HARMAN BURKART
     Assistant United States Attorney

## CERTIFICATE OF SERVICE

I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                      */s/ Amy Harman Burkart*
                                      AMY HARMAN BURKART
                                      Assistant United States Attorney

Dated:  July 1, 2014